**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
brose@kayerose.com
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Defendants
**GLOBAL ALLIANCE LOGISTICS (L.A.),, INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br><br>Plaintiff,<br><br>v.<br><br>GLOBAL ALLIANCE LOGISTICS (L.A.),, INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC.; and DOES 1 through 20,<br><br>Defendant/Petitioner. | Case No.: CV12-00936-MEJ<br><br>**STIPULATION RE EXTENSION TO FILE AND SERVE RESPONSE TO COMPLAINT** |

Whereas, this action has been filed by Plaintiff MITSUI O.S.K. LINES, LTD. against Defendants GLOBAL ALLIANCE LOGISTICS (L.A.),, INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC. (collectively "GAL") and whereas, Plaintiff is represented by Flynn, Delich & Wise, LLP;

Whereas, GAL is represented by Frank C. Brucculeri of Kaye, Rose, & Partners, LLP;

Whereas, GAL's response to the complaint is currently due to be filed and served on May 9, 2012;

Whereas GAL requires additional time to gather information necessary to allow it to meaningfully respond to Plaintiff's Complaint;

Whereas the Parties have discussed settlement in general terms and desire additional time to explore the possibility for an informal resolution of the action before any additional sums are spent and/or before positions are potentially hardened by litigations;

Whereas for the foregoing reasons, the parties, through their respective counsel, have agreed to stipulate to extend to June 8, 2012 GAL's deadline for filing and serving a response to the complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Defendant GAL's deadline for filing and serving a response to the Complaint in this action is extended to June 8, 2012.

Dated: May 8, 2012

**FLYNN, DELICH & WISE LLP**

By: /s/ Conte C. Cicala
Erich P. Wise
Conte C. Cicala
Attorneys for Plaintiff
MITSUI O.S.K. LINES. LTD.

Dated: May 8, 2012

**KAYE, ROSE & PARTNERS, LLP**

By: /s/ Frank C. Brucculeri
Bradley M. Rose
Frank C. Brucculeri
Daniel F. Berberich
Attorneys for Defendants
GLOBAL ALLIANCE LOGISTICS (L.A.),, INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL ALLIANCE LOGISTICS (L.A.),, INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC.; and DOES 1 through 20,<br><br>Defendant/Petitioner. | Case No.: CV12-00936-MEJ<br><br>**ORDER GRANTING STIPULATION RE EXTENSION TO FILE AND SERVE RESPONSE TO COMPLAINT** |

## ORDER

GOOD CAUSE APPEARING, the following date is continued as follows:

**Deadline for Global Alliance Logistics to file and serve response to Plaintiff's Complaint:** Currently due to be filed on May 9, 2012, is continued to June 8, 2012.

Dated: May 8, 2012

_____
UNITED STATES MAGISTRATE JUDGE
Judge Maria-Elena James