UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| MITSUI OSK INES LTD, | No. C 12-00936 MEJ |
| Plaintiff(s), | **ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |
| v. | |
| GLOBAL ALLIANCE LOGISTICS LA INC, | |
| Defendant(s). | |
| _____/ | |

This matter is scheduled for a Case Mangement hearing on August 9, 2012 at 10:00 a.m. Now before the Court is the request of Frank C. Brucculeri, counsel for Defendants, to appear telephonically.  Good cause appearing, the request is GRANTED.  However, Counsel is ORDERED to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 24 hours prior to the hearing.  At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge