UNITED STATES DISTRICT COURT

Northern District of California

MITSUI O.S.K. LINES, LTD.,

            Plaintiff,

  v.

GLOBAL ALLIANCE LOGISTICS (L.A.), INC., et al.,

            Defendants.
_____/

No. CV12-936 MEJ

**ORDER REQUESTING STATUS UPDATE**

     Pursuant to the August 6, 2012 Case Management Order in this case, the deadline for filing dispositive motions was March 7, 2013. Dkt. No. 16. As neither party filed a motion, the Court ORDERS the parties to file a joint status report by March 28, 2013. In their report, the parties shall indicate whether one or more parties wishes to have any deadlines extended and whether it would be beneficial to refer the parties to another magistrate judge for a settlement conference.

     **IT IS SO ORDERED.**

Dated: August 6, 2012

                                                          _____
                                                          Maria-Elena James
                                                          United States Magistrate Judge