ERICH P. WISE (Bar No. 63219)
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:    (562) 435-2626
Telecopier:    (562) 437-7555
Email:            erichw@fdw-law.com

CONTE C. CICALA  (Bar No. 173554)
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:    (415) 693-5566
Telecopier:    (415) 693-0410
Email:            contec@fdw-law.com

Attorneys for Plaintiff
MITSUI O.S.K. LINES, LTD.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD. | ) Case No.: CV 12 0936 MEJ |
| Plaintiff, | ) **CASE MANAGEMENT STATEMENT** |
| vs. | ) Complaint Filed:  February 24, 2012 |
| GLOBAL ALLIANCE LOGISTICS (L.A.), INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC.; and DOES 1 through 20, | ) Further CMC:  None set<br>) Pretrial Conference:  August 8, 2013<br>) Trial Date: August 12, 2013<br>) Courtroom B, 15th Floor |
| Defendants. | ) |

**CASE MANAGEMENT CONFERENCE STATEMENT**

Plaintiff Mitsui O.S.K. Lines, Ltd. ("MOL") and defendants GLOBAL ALLIANCE LOGISTICS (L.A.), INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC. ("Global Alliance") submit this further status report,

-1-

reporting progress and changes since the last statement and providing the parties' views about ADR, as required by Local Rule 16-10(d).

### I. DISCOVERY

MOL and Global Alliance have engaged in both formal and informal discovery and exchange of information, as part of their efforts to reach informal resolution of this matter. Initial disclosures and MOL's expert disclosure has taken place. The parties agreed to postpone certain discovery procedures (i.e. the 30(b)(6) deposition of Global Alliance, Global Alliance's rebuttal expert designation, and expert depositions) in hopes that the expense of such procedures would serve as a motivation towards settlement, and because there is sufficient time to complete these procedures without affecting the Court's trial date or other deadlines. The parties therefore respectfully request the Court's approval, of the following continued deadlines:

May 15, 2013 – To complete all timely-noticed depositions and for Global Alliance to disclose a rebuttal expert (if any); and,

June 15, 2013 – To complete expert depositions, if any.

### IV. RELATED CASES.

Though found not to be "related" as defined by the Local Rules, two similar cases recently concluded trial before Judge Conti, *MOL v. Seamaster, et al.*, 10-CV-5586 SC and 11-CV-2861. The parties are presently reviewing the Court's Findings of Fact and Conclusions of Law in that matter insofar as they may also bear on issues in this case.

### V. SETTLEMENT AND ADR.

The case has been assigned to mediator Jack Skelton. The parties have engaged in running settlement discussions and have determined to complete informal settlement discussions by April 5, 2013. If these discussions have not resulted in settlement, they will schedule mediation with Mr. Skelton to be completed by the end of May 2013. As an added incentive and motivation, the parties request that the Court order in-person attendance of party representatives.

Further Status Report
Case No.: CV 12 0936 MEJ

| | |
|---|---|
| DATED: March 28, 2013 | FLYNN, DELICH & WISE LLP |
| | /s/ |
| | By: _____ |
| | Erich P. Wise |
| | Conte C. Cicala |
| | Attorneys for Plaintiff |
| | MITSUI O.S.K. LINES, LTD. |
| | |
| DATED: March 28, 2013 | KAYE, ROSE & PARTNERS, LLP |
| | /s/ |
| | By: _____ |
| | Frank Brucculeri |
| | Daniel Berberich |
| | Attorneys for Defendants |
| | GLOBAL ALLIANCE LOGISTICS (L.A.),, INC.; GLOBAL ALLIANCE LOGISTICS (MIA), INC.; GLOBAL ALLIANCE LOGISTICS (NYC), INC. |



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
Parties requests are GRANTED.
Dated:   4/2/2013
```