UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MITSUI O.S.K. LINES LTD,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GLOBAL ALLIANCE LOGISTICS LA INC, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C 12-00936 MEJ<br><br>**ORDER RE UPDATED CMC STATEMENT** |

On December 23, 2013, the settlement judge in this matter, the Honorable Donna M. Ryu, indicated that the parties in this matter failed to reach a settlement. Dkt. No. 35. Accordingly, the parties shall file an updated joint Case Management Statement no later than January 17, 2014.

**IT IS SO ORDERED.**

Dated: December 30, 2013

_____
Maria-Elena James
United States Magistrate Judge