UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD, | No. C 12-00936 MEJ |
| Plaintiff(s), | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| GLOBAL ALLIANCE LOGISTICS LA INC, | |
| Defendant(s). | |

The Court, having been advised that the parties in the above-captioned matter have agreed to a settlement of this case, hereby **DISMISSES** this case with prejudice and **GRANTS** the parties' request (Doc. No. 37) for the Court to retain jurisdiction to enforce the settlement, if necessary. However, if any party hereto shall certify to this Court, **within (90) ninety days**, from the date of this Order with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: January 21, 2014

_____
Maria-Elena James
United States Magistrate Judge